

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00227-CR

Allen John **MURRAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

On June 15, 2016, appellant filed a pro se motion to dismiss appointed counsel and a pro se motion to appoint new counsel. The motions are DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court